**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDY EHRENREICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09 Civ. 10173 (BSJ) |
| ) | |
| AMBAC FINANCIAL GROUP, INC. and SEAN ) | ECF Case |
| T. LEONARD, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the Defendants' Memorandum in Support of Defendants' Motion to Dismiss and the Declaration of C. Lee Wilson dated March 9, 2010 and exhibits thereto, the Defendants will move this Court before the Honorable Barbara S. Jones, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order, pursuant to Fed. R. Civ. P. 8, 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, dismissing all of Plaintiff's claims in their entirety and with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated:   New York, New York
       March 9, 2010

WACHTELL, LIPTON, ROSEN & KATZ

By____/s/  Peter C. Hein_____
    Peter C. Hein (pchein@wlrk.com)
    C. Lee Wilson (clwilson@wlrk.com)

51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for Defendants*